USDC SCAN INDEX SHEET










LMM    9/23/98    13:37

3:98-CR-00519    USA V. BOGART

*35*

*CRMO.*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| HON. **JEFFREY T. MILLER** | DEPUTY CLERK: **N PREWITT** | RECORDER: **DEBRA HENSON** |
|---|---|---|

| 98CR0519-JM | USA | vs | LYNN DALE BOGART (1)<br>RUSSELL J CONTE (3) | (C)<br>(B) |
|---|---|---|---|---|

DISPOSITION                         WILLIAM FLETCHER, APPTD (1)
                                    JOHN A MITCHELL, RETND (3)

<u>IND 21 CTS</u>
18 USC 1343
18 USC 2314
18 USC 1956(a)(1)(A)(i)          AUSA: JAMES BRANNIGAN, JR.
18 USC 1957
18 USC 2

MTD: (1) 5-14-98

EXCLUDE
(1): 4-6-98 TO _____
DISCOVERY
FUR MOTIONS
GOVT MOT FOR RECIP DISCOVERY

(3) JOINDER IN DEFT 1 MOTIONS

(TRIAL 9-29-98)

==============================================================================
(01): CHANGE OF PLEA - DEFT PG TO COUNTS 1 & 11 OF THE INDICTMENT
     GOVERNMENT EXHIBIT 1 MARKED & RETURNED
     HEARING P/O REPORT & SENTENCE SET FOR 12-18-98 AT 8:30 AM
     ALL PENDING DEFT & GOVT MOTIONS - WITHDRAWN
     JURY TRIAL DATE OF 9-29-98 VACATED
(03): CHANGE OF PLEA - DEFT PG TO COUNT 1 OF THE INDICTMENT
     GOVERNMENT EXHIBIT 2 MARKED & RETURNED
     HEARING P/O REPORT & SENTENCE SET FOR 12-18-98 AT 8:30 AM
     ALL PENDING DEFT & GOVT MOTIONS - WITHDRAWN
     JURY TRIAL DATE OF 9-29-98 VACATED

**DATE** _9-21-98_                                              Deputy