USDC SCAN INDEX SHEET










```
LMM     12/3/98    12:19
3:98-CR-00519   USA V. BOGART
*44*
*CRRMK.*
```

ORIGINAL

```
1  CHARLES G. La BELLA
   United States Attorney
2  JAMES W. BRANNIGAN, JR.
   Assistant U. S. Attorney
3  California Bar No. 37816
   880 Front Street, Room 6293
4  San Diego, California 92101
   Telephone: (619) 557-6549
5
   Attorney for Plaintiff
6
```

FILED

98 DEC -3 AM 7:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ NUNC PRO TUNC DEPUTY

DEC = 2 1998

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>RUSSELL J. CONTE,<br>  Defendant. | Criminal Case No. 98cr0519JM<br>DATE: December 18, 1998<br>TIME: 8:30 a.m.<br>ADDENDUM TO OBJECTIONS TO PRESENTENCE REPORT |

COMES NOW the United States of America, by Charles G. La Bella, United States Attorney, by James W. Brannigan, Jr., Assistant U.S. Attorney, and submits an addendum to its Objections to the Presentence Report.

Through inadvertence Attachment A referenced in the Objections to the Presentence Report, and attached hereto, was not attached to the original filing. Attachment A is hereby submitted to the court and parties.

DATED: December 2, 1998.

Respectfully submitted,

CHARLES G. La BELLA
United States Attorney

By: _____
JAMES W. BRANNIGAN, JR.
Assistant U.S. Attorney

44

```
SHEA2  531.01 *              INMATE HISTORY                  *    08-22-1996
PAGE 001 OF 001 *               ADM-REL                      *    14:17:32

REG NO..: 03832-081   NAME....: CONTE, RUSSELL J
CATEGORY: ARS         FUNCTION: PRT          FORMAT:

FCL.  ASSIGNMENT  DESCRIPTION                     START DATE/TIME STOP DATE/TIME
CSL   FT REL      FULL TERM RELEASE (CCCA)        11-12-1992 0805 CURRENT
CSL   A-DES       DESIGNATED, AT ASSIGNED FACIL   09-28-1992 2015 11-12-1992 0805
2-J   RELEASE     RELEASED FROM IN-TRANSIT FACL   09-28-1992 2215 09-28-1992 2215
2-J   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  09-28-1992 2200 09-28-1992 2215
CSL   TRANSFER    TRANSFER                        09-28-1992 2000 09-28-1992 2000
CSL   A-DES       DESIGNATED, AT ASSIGNED FACIL   08-14-1992 1317 09-28-1992 2000
2-J   RELEASE     RELEASED FROM IN-TRANSIT FACL   08-14-1992 1517 08-14-1992 1517
2-J   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  07-28-1992 1225 08-14-1992 1517
CSL   ADMIN RFL   ADMINISTRATIVE RELEASE          07-28-1992 1025 07-28-1992 1025
CSL   A-ADMIN     ADMINISTRATIVE ADMISSION        07-28-1992 1023 07-28-1992 1025
```

G0000      TRANSACTION SUCCESSFULLY COMPLETED

ATTACHMENT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 98cr0519JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE BY MAIL |
| RUSSELL J. CONTE, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

I, Helaine Curtis, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California 92101-8893; I am not a party to the above-entitled action; and subsequent to filing with the Clerk of the Court, I will cause to be deposited in the United States mail at San Diego, California, in an envelope bearing the requisite postage, a copy of **ADDENDUM TO OBJECTIONS TO PRESENTENCE REPORT** addressed to John A. Mitchell, Esq., 2320 Fifth Ave., Ste. 310, San Diego, CA 92101-1633, the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2nd day of December, 1998.

Helaine Curtis